UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISON

IN RE:

Matthew M. Evans and Gina M. Evans aka
Gina M. Loto

CHAPTER 13
CASE NO. 09-16670-WCH

## MOTION TO EXTEND TIME TO FILE RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Nationstar Mortgage, LLC and requests a fourteen (14) day extension to file its response to Notice of Final Cure Payment.  In support of its Motion, Nationstar Mortgage, LLC states as follows:

1. On November 21, 2013, the Chapter 13 Trustee filed her Notice of Final Cure Mortgage Payment with respect to Nationstar Mortgage, LLC's secured claim on the debtor's property located at 7 Silver Street, Quincy, MA 02169. *Docket entry no. 81*

2. Nationstar Mortgage, LLC is in the process of researching this matter and requests additional time to obtain a full reconciliation of the funds received in order to file an accurate response.

WHEREFORE, Nationstar Mortgage, LLC respectfully requests a fourteen (14) day extension to file a response to the Notice of Final Cure Mortgage Payment.

Respectfully submitted,
Nationstar Mortgage, LLC,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
617-550-0500
mabk@harmonlaw.com

Dated: December 12, 2013

In Re: «DebtorNames»
Case No. «BCICaseNumber»
CHAPTER «Chapter»

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISON

IN RE:                                                CHAPTER 13
                                                      CASE NO. 09-16670-WCH
Matthew M. Evans and Gina M. Evans aka
Gina M. Loto

CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on December 12, 2013, I electronically filed the foregoing Motion to Extend Time to File Response to the Notice of Final Cure with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Denise M. Pappalardo, Chapter 13 Trustee
Nicholas T. Nashawaty, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

                                                      /s/ Jason J. Giguere
                                                      Jason J. Giguere, Esquire
                                                      BBO# 667662

Matthew M. Evans
7 Silver Street
Quincy, MA 02169

Gina M. Evans
7 Silver Street
Quincy, MA 02169