UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Matthew M. Evans and Gina M. Evans aka Gina M. Loto | CHAPTER 13<br>CASE NO. 09-16670-WCH |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Nationstar Mortgage, LLC and files its Response to the Chapter 13 Trustee's Notice of Final Cure Payment and states as follows:

1. Nationstar Mortgage, LLC is the holder of a mortgage on the debtors' property located at 7 Silver Street, Quincy, MA 02169.

2. According to Nationstar Mortgage, LLC 's records, $434.70 is due in prepetition arrears.

3. The loan is contractually due for the October 1, 2012 payment and post petition due for the November 1, 2012 payment.

4. There is a suspense balance of $1,868.27.

        Respectfully submitted,

        /s/ Tatyana P. Tabachnik
        Tatyana P. Tabachnik, Esquire
        BBO# 673236
        HARMON LAW OFFICES, P.C.
        P.O. Box 610345
        Newton Highlands, MA 02461-0345
        617-558-0500
        mabk@harmonlaw.com

Dated: December 24, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Matthew M. Evans and Gina M. Evans aka Gina M. Loto | CHAPTER 13<br>CASE NO. 09-16670-WCH |

CERTIFICATE OF SERVICE

      I, Tatyana P. Tabachnik, Esquire, state that on December 24, 2013, I electronically filed the foregoing Response to Trustee's Notice of Final Cure with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Nicholas T. Nashawaty, Esquire for the Debtors
Mitchell J. Levine, Esquire for Ford Motor Credit Company LLC

      I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                    /s/ Tatyana P. Tabachnik_____
                                    Tatyana P. Tabachnik, Esquire
                                    BBO# 673236

Matthew M. Evans
7 Silver Street
Quincy, MA 02169

Gina M. Evans
Aka Gina M. Loto
7 Silver Street
Quincy, MA 02169