UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Matthew M. Evans and Gina M. Evans aka
Gina M. Loto

CHAPTER 13
CASE NO. 09-16670-WCH

AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Nationstar Mortgage, LLC and files its Amended Response to the Chapter 13 Trustee's Notice of Final Cure Payment and states as follows:

1. Nationstar Mortgage, LLC is the holder of a mortgage on the debtors' property located at 7 Silver Street, Quincy, MA 02169.

2. According to Nationstar Mortgage, LLC 's records, the debtors are current with their prepetition arrears.

3. The loan is post petition due for September 1, 2012.

4. There is no suspense balance on the debtors' account.

Respectfully submitted,

/s/ Richard T. Mulligan
Richard T. Mulligan, Esquire
BBO# 567602
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
617-558-0500
mabk@harmonlaw.com

Dated: January 9, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Matthew M. Evans and Gina M. Evans aka Gina M. Loto

CHAPTER 13
CASE NO. 09-16670-WCH

CERTIFICATE OF SERVICE

     I, Richard T. Mulligan, Esquire, state that on January 9, 2014, I electronically filed the foregoing Motion to Continue with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Nicholas T. Nashawaty, Esquire for the Debtors
Mitchell J. Levine, Esquire for Ford Motor Credit Company LLC

     I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                              /s/ Richard T. Mulligan
                                Richard T. Mulligan, Esquire
                                BBO# 567602

Matthew M. Evans
7 Silver Street
Quincy, MA 02169

Gina M. Evans
Aka Gina M. Loto
7 Silver Street
Quincy, MA 02169