UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Matthew M. Evans and Gina M. Evans aka Gina M. Loto | CHAPTER 13<br>CASE NO. 09-16670-WCH |

ASSENTED-TO MOTION TO CONTINUE HEARING ON
NOTICE OF FINAL CURE PAYMENT

Now comes Nationstar Mortgage, LLC and moves that the hearing on the Notice of Final Cure Payment scheduled for January 23, 2014 be continued for approximately thirty (30) days. In support of its motion, Nationstar Mortgage, LLC states as follows:

1. The parties are investigating this matter in an attempt to resolve, or narrow, the dispute and additional time is needed.

2. As indicated below, the Chapter 13 Trustee and debtors' counsel assent to the allowance of this motion.

WHEREFORE Nationstar Mortgage, LLC respectfully requests that the hearing for the Notice of Final Cure Payment scheduled for January 23, 2014 be continued for approximately thirty (30) days.

Respectfully submitted,
Nationstar Mortgage, LLC
By its Attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
617-558-0500
mabk@harmonlaw.com

Assented to by:
Chapter 13 Trustee

/s/ Carolyn Bankowski_____
Carolyn Bankowski, Esquire, Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
617-723-1313
13trustee@ch13boston.com


Matthew M. Evans and Gina M. Evans aka Gina M. Loto
By their Attorney,

/s/ Nicholas T. Nashawaty_____
Nicholas T. Nashawaty, Esquire
Nashawaty & Rand
654 Washington Street
Braintree, MA 02184
781-848-8545
Ntnash3@gmail.com



Dated:  January 22, 2014

Assented to by:
Chapter 13 Trustee

/s/ Carolyn Bankowski_____
Carolyn Bankowski, Esquire, Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
617-723-1313
13trustee@ch13boston.com


Matthew M. Evans and Gina M. Evans aka Gina M. Loto
By their Attorney,

/s/ Nicholas T. Nashawaty_____
Nicholas T. Nashawaty, Esquire
Nashawaty & Rand
654 Washington Street
Braintree, MA 02184
781-848-8545
Ntnash3@gmail.com



Dated:  January 22, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| Matthew M. Evans and Gina M. Evans aka Gina M. Loto | CASE NO. 09-16670-WCH |

CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on January 22, 2014, I electronically filed the foregoing Motion to Continue with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Nicholas T. Nashawaty, Esquire for the Debtors
Mitchell J. Levine, Esquire for Ford Motor Credit Company LLC

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Matthew M. Evans
7 Silver Street
Quincy, MA 02169

Gina M. Evans
Aka Gina M. Loto
7 Silver Street
Quincy, MA 02169